# EXHIBIT N

# INVOICE

| Ship Date | Product Description | Order Number | Customer PO# | Quantity | Price/Uom | Amount | Whse |
|---|---|---|---|---|---|---|---|
| 10/01/2002 | CALIBER DI5100 DI5100 | 000000463 | 130 | 43915.00 | 196.30 TN | 4310.26 | 01542 |

119-31
/MU8.
NOV 12 2002
3287.
(23000'


GLACIAL TECHNOLOGIES

| Invoice Number | Ship Via | Invoice Terms<br>Invoice Date is:<br>Payment Due by: | Net 45 Days<br>10/08/2002<br>11/22/2002 | Pay This Amount |
|---|---|---|---|---|
| 000000463 | CUST | | | 4310.26 |

*Detach lower portion and remit with Payment*

GLACIAL TECHNOLOGIES

Your Invoice Number is: 000000463
Invoice Date is: 10/08/2002
Customer PO Number: 130
Please Pay From This Invoice, Thank You.

Pay This Amount

4310.26

Ship To: 300002
SEARS ALBANY
552 RIVER ROAD
GLEN MONT     NY  12077

Sold To: 200009
INNOVATIVE MUNICIPAL PROD (050
78 ORCHARD ROAD

Please Remit Payment to:
GLACIAL TECHNOLOGIES
901 NORTH HIGHWAY 59
MARSHALL, MN  56258-2744

AJAX,       ON  L1S 6L1

INNOVATIVE 0123