UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEARS PETROLEUM & TRANSPORT CORP. and SEARS ECOLOGICAL APPLICATIONS COMPANY, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY, DEICER USA, LLC, GLACIAL TECHNOLOGIES, MLI ASSOCIATES, LLC and MINNESOTA CORN PROCESSORS, LLC,<br><br>*Defendants.* | Civil Action No.<br>5:03-CV-1120<br>(DNH)(DEP) |

**PLEASE TAKE NOTICE:**

**MOTION BY:**

**HISCOCK & BARCLAY, LLP**
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS, LLP**
*Attorneys for Defendants*
Archer Daniels Midland Company, Deicer USA, LLC, Glacial Technologies, LLC and Minnesota Corn Processors, LLC

**RETURN DATE:**

TBD, 2008 at TBD
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

**SUPPORTING PAPERS:**

Declaration of Christopher Centurelli dated February 14, 2008, with exhibits thereto; Local Rule 7.1(A)(3) Statement of Material Facts; and Memorandum of Law in Support of Motion for Partial Summary Judgment of Invalidity of Claims 1-3 and 7 of the '793 Patent and Claims 1-3 of the '622 Patent.

**RELIEF DEMANDED:** An Order granting the ADM Defendants' Motion for Summary Judgment on the issue of invalidity, pursuant to Fed. R. Civ. P. 56.

Dated: February 14, 2008

Respectfully submitted,

*/s/ Tara C. Clancy*

Tara C. Clancy, Esq.
Christopher Centurelli, Esq.
David A. Simons, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
Email: tara.clancy@klgates.com

Robert A. Barrer, Esq. (101099)
John D. Cook, Esq. (511491)
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Tel: (315) 425-2704
Fax: (315) 425-8544
Email: rbarrer@hiscockbarclay.com

Robert D. Yeager, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222-2312
Tel: (412) 355-6500
Fax (412) 355-6501

*Counsel for Defendants Archer Daniels Midland Company, Deicer USA, LLC, Glacial Technologies, and Minnesota Corn Processors, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I caused the foregoing Notice of Motion to be filed using the CM/ECF system, which sent notification of such to the following counsel of record:

| | |
|---|---|
| Alan B. Clement, Esq.<br>Locke Lord Bissell & Liddell LLP<br>885 Third Avenue, 26th Floor<br>New York, New York 10022-4802 | William R. Hansen, Esq.<br>Bernadette Reilly, Esq.<br>Lathrop & Gage<br>230 Park Avenue<br>Suite 1847<br>New York, NY 10169 |

/s/ *Tara C. Clancy*
Tara C. Clancy