# EXHIBIT 6

# ORGANIC CHEMISTRY

K. Peter C. Vollhardt

University of California, Berkeley

W. H. Freeman and Company

New York

[redacted]

ATTORNEY'S EYES ONLY

Copyright © 1987 by
W. H. Freeman and Company

Printed in the United States
of America

Cover images
Computer-generated picture of the transition state of the $S_N2$ reaction of the enolate of menthone (a terpene found in nature) with bromomethane. Courtesy of Columbia University.

Periodic tables
Data taken from the "Periodic Table of the Elements," compiled by Fluck and Heumann. © VCH Verlagsgesellschaft 1986. The full table is available from VCH Publishers, New York.

Book and cover design
Lisa Douglis

Library of Congress Cataloging-in-Publication Data

Vollhardt, K. Peter C.
Organic chemistry.

Includes index.
1. Chemistry, Organic. I. Title.

QD251.2.V65 1987 547 86-31980
ISBN 0-7167-1786-7
ISBN 0-7167-1915-0 (international student ed.)

No part of this book may be reproduced by any mechanical, photographic, or electronic process, or in the form of a phonographic recording, nor may it be stored in a retrieval system, transmitted, or otherwise copied for public or private use, without the written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DO 5 4 3 2 1 0 8 9 8 7




Mirror plane

We now proceed experimentally as follows. D-Arabinose is converted into a pair of new sugars, 1 and 2, by Kiliani-Fischer chain extension; D-xylose furnishes sugars 3 and 4. With these results in hand, the structural assignments fall into place. Sugar 1 must have the structure of D-glucose, and sugar 3 must have the structure of D-gulose. Therefore, 2 is assigned the structure of D-mannose and 4 that of D-idose.

EXERCISE 23-21

In the preceding discussion, we assigned the structures of D-ribose and D-arabinose by virtue of the fact that on oxidation the first gives a meso dioic acid, the second an optically active isomer. Could you arrive at the same result by $^{13}C$ NMR spectroscopy?

In summary, sugars can be made from other sugars by step-by-step carbon chain lengthening or shortening. These techniques, in conjunction with the symmetry properties of the various aldaric acids, allow the stereochemical assignments of the aldoses.

## 23-4 Disaccharides, Polysaccharides, and Other Sugars in Nature

A substantial fraction of the natural sugars occur in dimeric, trimeric, higher oligomeric (between two and ten sugar units), and polymeric form.

### Sucrose Is a Disaccharide Derived from Glucose and Fructose

The sugar that is most familiar to us is ordinary table sugar, sucrose. The average yearly consumption of sucrose in the United States is about 100 pounds per person. Sucrose is one of the few natural chemicals consumed in unmodified form (water and sodium chloride are others). Sucrose is isolated from sugar cane and sugar beets, in which it is particularly abundant (about 14%–20% by weight), although it is present in many plants in smaller concentrations. World production is about 150 trillion pounds a year, and there are countries (e.g., Cuba) whose entire economy depends on the world price of sucrose.

Sucrose has not been discussed in this chapter so far, because it is not a simple monosaccharide but a disaccharide composed of two units: glucose and fructose. The structure of sucrose can be deduced from its chemical behavior: acidic hydrolysis splits it into glucose and fructose; it is a nonreducing sugar; it does not form an osazone; and it does not undergo mutarotation. These findings suggest that the component monosaccharide units are linked by an acetal bridge connecting the two anomeric carbons; in this way, the two cyclic hemiacetal

ATTORNEY'S EYES ONLY

functions protect each other. X-ray structural analysis confirms this hypothesis: sucrose is a disaccharide in which the α-D-glucopyranose form of glucose is attached to β-D-fructofuranose in this way.




Sucrose, an α-D-glucopyranosyl β-D-fructofuranoside

Two representations of the molecule are shown. At the left, both cyclic sugars are drawn in the usual way: the anomeric carbon on the right, the acetal oxygen on top. Another structure with more-favorable steric interactions is shown at the right, a rotamer in which the two sugar units point away from each other.



Sucrose has a specific rotation of +66.5°. Treatment with aqueous acid decreases the rotation until it reaches a value of −20.0°. The same effect is observed with the enzyme *invertase*. The phenomenon is known as the inversion of sucrose, and its mechanism is related to mutarotation of monosaccharides. It includes three separate reactions: hydrolysis of the disaccharide to the component monosaccharides α-D-glucopyranose and β-D-fructofuranose; mutarotation of α-D-glucopyranose to the equilibrium mixture with the β form; and mutarotation of β-D-fructofuranose to the slightly more stable β-D-fructopyranose. Because the value for the specific rotation of fructose (−92°) is more negative than the value for glucose (+52.7°) is positive, the resulting mixture has a net negative rotation, *inverted* from that of the original sucrose solution.

**Inversion of Sucrose**

