**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS PETROLEUM & TRANSPORT CORP. and SEARS ECOLOGICAL APPLICATIONS CO., LLC,<br><br>Plaintiffs,<br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY, DEICERS USA, LLC, GLACIAL TECHNOLOGIES, MLI ASSOCIATES, LLC, AND MINNESOTA CORN PROCESSORS, LLC.<br><br>Defendants. | Civil Action No.: 03-CV-1120 (DEP) |

**DECLARATION OF WILLIAM R. HANSEN**

I, WILLIAM R. HANSEN, under penalty of perjury pursuant to 18 U.S.C. § 1001, state that these facts are known to me either personally or upon information and belief:

1. I am a member of the law firm of Lathrop & Gage, L.C., counsel to plaintiffs Sears Petroleum & Transportation Corp. and Sears Ecological Applications Co., LLC (together, “Sears”). I am admitted to practice law in the State of New York and before this Court. I submit this affidavit in support of Sears’ Motions for Summary Judgment and Motions *In Limine* in order to place before the Court the attached evidentiary exhibits.

2. Exhibit A is a true and correct copy of United States Patent No. 6,299,793.

3. Exhibit B is a true and correct copy of United States Patent No. 6,582,622.

4. Exhibit C is a true and correct copy of United States Patent No. 1,776,181 (Collins).

5. Exhibit D is a true and correct copy of G.B. Patent No. 796,633 (Pilgrim).

6. Exhibit E is a true and correct copy of United States Patent No. 4,388,203

(Nimerick).

7. Exhibit F is a true and correct copy of United States Patent No. 5,876,621 (Sapienza).

8. Exhibit G is a true and correct copy of United States Patent No. 5,980,774 (Sapienza).

9. Exhibit H is a true and correct copy of United States Patent No. 5,922,240 (Johnson).

10. Exhibit I is a true and correct copy of the Declaration of John Dellaportas filed on April 6, 2007 in the Reexamination.

11. Exhibit J is a true and correct copy of the Expert Report Of James N. BeMiller On Invalidity dated September 25, 2007.

12. Exhibit K is a true and correct copy of the deposition transcript of James N. BeMiller dated January 17, 2008.

13. Exhibit L is a true and correct copy of the deposition transcript of John S. White dated January 4, 2008 (filed under seal).

14. Exhibit M is a true and correct copy of the 30(b)(6) deposition transcript of Kris Lutt dated May 11, 2006 (filed under seal).

15. Exhibit N is a true and correct copy of the deposition transcript of Robert Greene dated August 11, 2006 (filed under seal).

16. Exhibit O is a true and corrrect copy of the deposition transcript of Stephen Bytnar dated July 18, 2006 (filed under seal).

17. Exhibit P is a true and correct copy of the Expert Report of Gerald H. Bjorge dated September 27, 2007.

18. Exhibit Q is a true and correct copy of the U.S. Provisional Application No.

60/070,636, filed January 7, 1998.

19. Exhibit R is a true and correct copy of the original specification and claims of U.S. Nonprovisional Application No. 09/224,906, filed January 4, 1999.

20. Exhibit S is a true and correct copy of the deposition transcript of Gerald H. Bjorge dated January 4, 2008.

21. Exhibit T is a true and correct copy of the Expert Report of Martin F. Chaplin, Ph.D. dated September 28, 2007.

22. Exhibit U is a true and correct copy of the www.lsbu.ac.uk website attached as Exhibit J to the Expert Report of Martin F. Chaplin, Ph.D. dated September 28, 2007.

23. Exhibit V is a true and correct copy of the deposition transcript of Martin F. Chaplin dated January 15, 2008.

24. Exhibit W is a true and correct copy of the Expert Report Of John S. White On Non-Infringement dated November 19, 2007 (filed under seal).

25. Exhibit X is a true and correct copy of the Declaration of Professor E. Bruce Nauman Commenting On Issues Raised In The February 12, 2007 Reexamination Communication dated April 5, 2007.

26. Exhibit Y is a true and correct copy of the May 21, 2001 USPTO Office Action re U.S. Patent Application No. 09/755,587.

27. Exhibit Z is a true and correct copy of the July 6, 2001 Reponse to the USPTO re U.S. Patent Application No. 09/755,587.

28. Exhibit AA is a true and correct copy of the July 3, 2001 David Wood Affidavit Filed in Response to the USPTO Office Action.

29. Exhibit BB is a true and correct copy of ADM Defendants' Responses To Plaintiffs' First and Second Set of Requests For Admissions To The ADM Defendants dated

October 2, 2006.

30. Exhibit CC is a true and correct copy of the Responses To Plaintiffs' First and Second Set Of Requests For Admissions From MLI dated October 2, 2006.

31. Exhibit DD is a true and correct copy of the Expert Witness Report On Infringement Of Dr. Bruce E. Nauman dated September 26, 2007 (filed under seal).

32. Exhibit EE is a true and correct copy of the Rebuttal Report On Invalidity Of Dr. E. Bruce Nauman dated November 18, 2007 (filed under seal).

*s / William R. Hansen*
WILLIAM R. HANSEN