**DECLARATION OF RICHARD SAPIENZA
FILED UNDER SEAL**