UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEARS PETROLEUM & TRANSPORT CORP. AND SEARS ECOLOGICAL APPLICATIONS CO., LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY, DEICERS USA, LLC, GLACIAL TECHNOLOGIES, MLI ASSOCIATES, LLC, AND MINNESOTA CORN PROCESSORS, LLC,<br><br>Defendants. | Case No. 5:03-CV-1120 (DEP) |

**SEARS' NOTICE OF MOTION TO LIFT THE STAY**

PLEASE TAKE NOTICE THAT Plaintiffs Sears Petroleum & Transport Corp. and Sears Ecological Applications Co., LLC (together, "Sears") hereby respectfully move to lift the stay.

A telephonic conference was held on September 29, 2009 with the Court and all parties during which leave to file this motion was granted.

Sears' motion is based on this Notice of Motion, the accompanying Memorandum of Law, Appendix of Unofficially Reported Cases, Declaration of William R. Hansen and attached exhibits, all pleadings and papers on file in this action, all other matters that may be brought to the Court's attention at or before any hearing on this motion, and all matters of which the Court may take judicial notice.

The motion is returnable in the United States District Court for the Northern District of New York, at the Federal Courthouse, 100 S. Clinton Street, Syracuse, New York, before the Hon. David E. Peebles, U.S.M.J., on December 2, at 9:30 a.m.

Date: October 14, 2009
Syracuse, New York

**SEARS PETROLEUM & TRANSPORT CORP. and SEARS ECOLOGICAL APPLICATIONS CO., LLC**

By its attorneys,

*s/ William R. Hansen*

William R. Hansen, Esq.
Federal Bar Roll No. 101,908
Bernadette R. Reilly, Esq.
Federal Bar Roll No. 512,281
LATHROP & GAGE L.C.
230 Park Avenue
New York, NY 10169
Tel: (212) 850-6220
Fax: (212) 850-6221

John Dellaportas, Esq.
Federal Bar Roll No. 512,282
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 692-1020

Denis J. Sullivan, Esq.
Federal Bar Roll No. 512,997
MARJAMA MULDOON BLASIAK & SULLIVAN LLP
250 South Clinton St., Suite 300
Syracuse, NY 13202
Tel: (315) 425-9000
Fax: (315) 425-9114

*Attorneys for Plaintiffs Sears Petroleum & Transport Corp. and Sears Ecological Applications Co., LLC*