**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS PETROLEUM & TRANSPORT CORP. AND SEARS ECOLOGICAL APPLICATIONS CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY, DEICERS USA, LLC, GLACIAL TECHNOLOGIES, MLI ASSOCIATES, LLC AND MINNESOTA CORN PROCESSORS, LLC<br><br>Defendant. | Case No. 5:03-CV-1120 (DEP) |

## DECLARATION OF WILLIAM R. HANSEN

I, WILLIAM R. HANSEN, under penalty of perjury pursuant to 18 U.S.C. § 1001, state that these facts are known to me either personally or upon information and belief:

1. I am a member of the law firm of Lathrop & Gage LLP, counsel to plaintiffs Sears Petroleum & Transportation Corp. and Sears Ecological Applications Co., LLC (together, "Sears"). I am admitted to practice law in the State of New York and before this Court. I submit this affidavit in support of Sears' Motions *In Limine* in order to place before the Court the attached evidentiary exhibits.

2. Exhibit A is a true and correct copy of the Expert Report of Martin F. Chaplin. Ph.D. (no exhibits) dated September 28, 2007.

3. Exhibit B is a true and correct copy of the Supplemental Expert Report of Martin F. Chaplin. Ph.D. dated November 29, 2007.

4. Exhibit C is a true and correct copy of excerpts from the deposition transcript of Martin Chaplin, PhD., dated January 15, 2008.

5. Exhibit D is a true and correct copy of excerpts from the deposition transcript of Martin Chaplin, PhD., dated July 11, 2008.

6. In response to discovery demands propounded by MLI Associates, LLC, Sears produced thousands of pages of documents relating to laboratory testing, including those dealing with Sears' freezing point testing. Sears' tests were part of no less than six depositions.

7. Exhibit E is a true and correct copy of excerpts from Defendant ADM's Responses to Plaintiffs' First Set of Interrogatories to the ADM Defendants, dated September 29, 2005.

8. Exhibit F is a true and correct copy of excerpts from Defendant MLI's Responses to Plaintiffs' First Set of Interrogatories to MLI, dated October 7, 2005. (Filed Under Seal).

9. Exhibit G is a true and correct copy of excerpts from the deposition transcript of Randall E. Teague, dated September 26, 2006.

10. Exhibit H is a true and correct copy of excerpts from the deposition transcript of Harold "Denny" Gibson, dated September 26, 2006.

11. Exhibit I is a true and correct copy of ADM Trial Exhibit No. 221, the Declaration of Douglas County, Colorado (including Exhibits A - F), dated March 27, 2007.

12. Exhibit J is a true and correct copy of a Notice of Deposition of Alan Clement, dated January 31, 2006.

13. Exhibit K is a true and correct copy of a letter dated July 27, 2005 from Chris Centurelli to Bernadette Reilly.

14. Exhibit L is a true and correct copy of a letter dated February 6, 2006 from John Volpe to William Hansen.

15. Exhibit M is a true and correct copy of a letter dated August 1, 2005 from Bernadette Reilly to Chris Centurelli.

16. Exhibit N is a true and correct copy of a letter dated November 1, 2005 from Chris Centurelli to Bernadette Reilly.

17. Exhibit O is a true and correct copy of a letter dated August 17, 2007 from Tara Clancy to William Hansen.

18. Exhibit P is a true and correct copy of a letter dated August 27, 2007 from William Hansen to Tara Clancy and Chris Centurelli.

19. Exhibit Q is a true and correct copy of a letter dated September 5, 2007 from Tara Clancy to William Hansen.

20. Exhibit R is a true and correct copy of a letter dated October 30, 2001 from Alan Clement to Owen Marjama.

21. Exhibit S is a true and correct copy of the "Expert Report Of Professor George W. Mushrush, Ph.D." (no exhibits) dated April 22, 2010.

22. Exhibit T is a true and correct copy of the "Expert Report Of James N. BeMiller On Invalidity" (no exhibits) dated September 25, 2007.

23. Exhibit U is a true and correct copy of the "Request For *Inter Partes* Reexamination" of the '622 patent filed by ADM and Glacial Technologies LLC, reexamination control no. 95/000,381, dated June 26, 2008.

24. Exhibit V is a true and correct copy of the "Final Decision On Preliminary Motions" in Patent Interference No. 105,405 between Sears and MLI, Paper No. 127, filed

February 6, 2007.

25. Exhibit W is a true and correct copy of the "Judgment Bd.R. 127 following order to show cause" in Patent Interference No. 105,405 between Sears and MLI, Paper No. 134, entered November 23, 2009.

26. Exhibit X is a true and correct copy of the "Right of Appeal Notice (37 C.F.R. 1.953)" issued by the Examiner in the Earth Friendly '793 Reexamination, reexamination control no. 95/000,136, dated May 10, 2008.

27. Exhibit Y is a true and correct copy of the "Examiner's Answer" (no exhibits) issued by the Examiner in the Earth Friendly '793 Reexamination, reexamination control no. 95/000,136, dated April 15, 2009.

28. Exhibit Z is a true and correct copy of the first "Office Action in *Inter Partes* Reexamination" issued by the Examiner in the ADM and Glacial Technologies LLC '622 Reexamination, reexamination control no. 95/000,381, dated September 15, 2008.

29. Exhibit AA is a true and correct copy of excerpts from the deposition transcript of Allan S. Myerson, Ph.D, dated June 11, 2010.

Date: June 18, 2010
New York, NY

*s/ William R. Hansen*
WILLIAM R. HANSEN