**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEARS PETROLEUM & TRANSPORT CORP. AND SEARS ECOLOGICAL APPLICATIONS CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY, DEICERS USA, LLC, GLACIAL TECHNOLOGIES, MLI ASSOCIATES, LLC AND MINNESOTA CORN PROCESSORS, LLC<br><br>Defendant. | Case No. 5:03-CV-1120 (DEP) |

**ANSWERING DECLARATION OF WILLIAM R. HANSEN**

I, WILLIAM R. HANSEN, under penalty of perjury pursuant to 18 U.S.C. § 1001, state that these facts are known to me either personally or upon information and belief:

1. I am a member of the law firm of Lathrop & Gage LLP, counsel to plaintiffs Sears Petroleum & Transportation Corp. and Sears Ecological Applications Co., LLC (together, “Sears”). I am admitted to practice law in the State of New York and before this Court. I submit this declaration in support of Sears’ memorandums of law in opposition to Defendants’ motions *in limine* in order to place before the Court the attached evidentiary exhibits.

2. Exhibit BB is a true and correct copy of the Expert Report of Laura Stamm, dated September 28, 2007. (Filed Under Seal)

3. Exhibit CC is a true and correct copy of the Expert Report of Philip Beutel, dated November 16, 2007. (Filed Under Seal)

4. Exhibit DD is a true and correct copy of the deposition transcript of David Wood, dated August 4, 2006. (Filed Under Seal)

5. Exhibit EE is a true and correct copy of Sears' Supplemental Answers to ADM Defendants' Interrogatories Nos. 3 and 18, dated March 13, 2006.

6. Exhibit FF is a true and correct copy of the deposition transcript of Stephen Bytnar, dated July 18, 2006. (Filed Under Seal)

7. Exhibit GG is a true and correct copy of Stephen Bytnar's laboratory notebook, dated June 15, 1999. (Filed Under Seal)

8. Exhibit HH is a true and correct copy of the deposition transcript of Randall Teague, dated September 26, 2006.

9. Exhibit II is a true and correct copy of the deposition transcript of Harold Gibson, dated September 26, 2006.

10. Exhibit JJ is a true and correct copy of the deposition transcript of Gary Story, dated July 26, 2006.

11. Exhibit KK is a true and correct copy of excerpts from the deposition transcript of Axel Johnson, dated July 14, 2006. (Filed Under Seal)

12. Exhibit LL is a true and correct copy of excerpts from the deposition transcript of Robert Greene, dated August 11, 2006. (Filed Under Seal)

13. Exhibit MM is a true and correct copy of excerpts from the May 7, 2008 Motion Hearing transcript, dated June 2, 2008.

14. Exhibit NN is a true and correct copy of excerpts from the Expert Report of Professor George W. Mushrush, Ph.D., dated April 22, 2010.

15. Exhibit OO is a true and correct copy of the Expert Report of John S. White on Non-infringement, dated November 19 ,2007.

16. Exhibit PP is a true and correct copy of the Supplemental Expert Report of Professor George W. Mushrush, Ph.D., dated May 17, 2010.

17. Exhibit QQ is a true and correct copy of excerpts from Myers and Jakes, *Patent Infringement Remedies*, B.13-B.14 (Patent Resources Group 2003).

Date: June 25, 2010
New York, NY

*s/ William R. Hansen*
WILLIAM R. HANSEN