Sears, et al. v. ADM et al.
5:03-CV-1120

Case Clip(s) Detailed Report
Thursday, July 15, 2010, 1:09:37 PM

Court Exh. 6A

Sears v ADM Jury Trial

## Sapienza, Richard (Vol. 01) - 07/28/2006                                       1 CLIP (RUNNING 00:09:12.717)

### Sapienza 30b6 Direct Exam

RS-0728-00619                    30 SEGMENTS (RUNNING 00:09:12.717)



**1. PAGE 6:19 TO 6:20 (RUNNING 00:00:05.188)**

```
       19  19        Q.    Please state your name, sir.
       20  20        A.    Richard Sapienza.
```

**2. PAGE 7:14 TO 7:22 (RUNNING 00:00:20.908)**

```
       14  14        Q.    Dr. Sapienza, do you understand you
       15  15   have been designated by MLI to answer any
       16  16   questions regarding topic number 1 under the
       17  17   30(b)(6) notice?
       18  18        A.    Yes.
       19  19        Q.    And do you understand that any answers
       20  20   you give to any questions that I pose today will
       21  21   bind MLI to those answers?
       22  22        A.    Yes.
```

**3. PAGE 14:02 TO 14:04 (RUNNING 00:00:11.928)**

```
       02  2         Q.    Can you identify for me today each and
       03  3    every person who has been employed by MLI
       04  4    including current employees and past?
```

**4. PAGE 14:06 TO 14:11 (RUNNING 00:00:16.000)**

```
       06  6         A.    Yes.
       07  7         Q.    Okay. Could you please tell me who
       08  8    those employees are.
       09  9         A.    MLI has no employees.
       10  10        Q.    Has MLI ever had any employees?
       11  11        A.    No.
```

**5. PAGE 14:23 TO 15:04 (RUNNING 00:00:33.464)**

```
       23  23        Q.    Who currently owns MLI?
       24  24        A.    METSS.org LLC, Rich Sapienza and the
       25  25   Axel and Ruth Johnson Family Limited Partnership.
    00015:01  1                 Sapienza
       02  2         Q.    And when did -- so in the time since
       03  3    this document was signed until today you are now
       04  4    the third co-owner of MLI?
```

**6. PAGE 15:06 TO 15:14 (RUNNING 00:00:40.000)**

```
       06  6         A.    Yes.
       07  7         Q.    And when did that occur?
       08  8         A.    Approximately February of this year.
       09  9         Q.    And was there a reason for your joining
       10  10   ownership of MLI?
       11  11        A.    Actually, it was a change in METSS.org.
       12  12        Q.    And what happened?
       13  13        A.    Ken Heater is now the sole owner of
       14  14   METSS.org.
```

**7. PAGE 15:20 TO 15:21 (RUNNING 00:00:05.290)**

```
       20  20        Q.    Please give me a brief summary of how
       21  21   MLI came to be.
```

Case Clip(s) Detailed Report
Thursday, July 15, 2010, 1:09:37 PM

## Sears v ADM Jury Trial

**8. PAGE 15:23 TO 16:08 (RUNNING 00:00:46.740)**

```
       23  23            A.   METSS Corporation does SBIR programs.
       24  24       And within the SBIR programs we generate
       25  25       intellectual property.  And from the intellectual
00016:01   1                          Sapienza
       02   2       property we form entities to commercialize that
       03   3       intellectual property.
       04   4            MLI was established to commercialize
       05   5       the deicing, anti-icing, anti-freeze and glycol
       06   6       substitute technology.
       07   7            Q.   Anything else?
       08   8            A.   Well --
```

**9. PAGE 16:10 TO 16:12 (RUNNING 00:00:12.000)**

```
       10  10            A.   -- Axel Johnson is part of the business
       11  11       because of financial assistance to METSS to form
       12  12       MLI.
```

**10. PAGE 18:12 TO 18:13 (RUNNING 00:00:06.000)**

```
       12  12            Q.   So you previously testified today that
       13  13       MLI now has three members?
```

**11. PAGE 18:15 TO 19:20 (RUNNING 00:02:08.079)**

```
       15  15            A.   Yes.
       16  16            Q.   METSS.org LLC, yourself Richard
       17  17       Sapienza, as well as Axel Johnson?
       18  18            A.   Axel and Ruth Johnson Family
       19  19       Partnership.
       20  20            Q.   Can you give me the split in ownership
       21  21       between those three parties?
       22  22            A.   37-and-a-half for METSS.org,
       23  23       37-and-a-half for Rich Sapienza, 25 percent Axel
       24  24       Johnson and Ruth Johnson Family Partnership.
       25  25            Q.   I'd like to turn your attention to page
00019:01   1                          Sapienza
       02   2       5.
       03   3            A.   Of this agreement?
       04   4            Q.   Of this exhibit, Exhibit Number 73.
       05   5       Section 8.1, Initial Managers, and it reads, The
       06   6       business of the company shall be exercised by or
       07   7       under the direction of two managers of the
       08   8       company.  The members hereby designate Kenneth
       09   9       Heater and Richard Sapienza as the initial
       10  10       managers of the company.
       11  11            Is that still the case today?
       12  12            A.   Yes.
       13  13            Q.   Have there been any other managers
       14  14       since the inception of MLI?
       15  15            A.   No.
       16  16            Q.   Who is Kenneth Heater?
       17  17            A.   Kenneth Heater is my partner in METSS
       18  18       Corporation.
       19  19            Q.   Does Kenneth Heater have any ownership
       20  20       of METSS.org LLC?
```

**12. PAGE 19:22 TO 20:04 (RUNNING 00:00:29.120)**

```
       22  22            A.   Yes.
       23  23            Q.   And what would that be?
       24  24            A.   100 percent I think.
       25  25            Q.   So Kenneth Heater basically owns
00020:01   1                          Sapienza
       02   2       37-and-a-half percent of MLI, you own
       03   3       37-and-a-half percent of MLI and the Axel Johnson
       04   4       Family Partnership owns 25 percent?
```

## Sears v ADM Jury Trial

**13. PAGE 20:06 TO 20:07 (RUNNING 00:00:08.000)**

```
06   6           A.   Yes.  As long as that adds up to a
07   7      hundred.
```

**14. PAGE 25:04 TO 25:06 (RUNNING 00:00:07.000)**

```
04   4           Q.   Does MLI have a board of directors?
05   5           A.   No.
06   6           Q.   Do you have an official role at MLI?
```

**15. PAGE 25:08 TO 25:09 (RUNNING 00:00:04.000)**

```
08   8           Q.   Official title, I should say?
09   9           A.   Manager.
```

**16. PAGE 33:06 TO 33:08 (RUNNING 00:00:10.000)**

```
06   6           Q.   And this is a business card that you
07   7      pass to customers, et cetera, on behalf of
08   8      Glacial Technologies?
```

**17. PAGE 33:11 TO 33:12 (RUNNING 00:00:06.000)**

```
11   11          A.   I have never worked with customers from
12   12     Glacial Technologies.
```

**18. PAGE 35:08 TO 35:10 (RUNNING 00:00:07.000)**

```
08   8           Q.   In your capacity as a 37-and-a-half
09   9      percent shareholder of MLI, what type of business
10   10     do you conduct on behalf of the company?
```

**19. PAGE 35:12 TO 35:16 (RUNNING 00:00:13.000)**

```
12   12          A.   You have to really define that word
13   13     business.  I do very little work for MLI in terms
14   14     of the business end.  Mostly involved in the
15   15     technical side.  Outside of attending the
16   16     directors meetings for Glacial Technology.
```

**20. PAGE 42:06 TO 42:11 (RUNNING 00:00:26.000)**

```
06   6           Q.   Go ahead.
07   7                I'm sorry, who owns Glacial
08   8      Technologies?
09   9           A.   It's owned by MLI Associates and Deicer
10   10     USA.
11   11          Q.   Do you know who owns Deicer USA?
```

**21. PAGE 42:13 TO 42:14 (RUNNING 00:00:01.000)**

```
13   13          A.   To the best of my recollection, it's
14   14     owned by Minnesota Corn Processors.
```

**22. PAGE 49:15 TO 49:20 (RUNNING 00:00:22.000)**

```
15   15          Q.   Right.  Does MLI have any assets?
16   16          A.   Could you define what you mean by
17   17     assets?  We do not own any property or anything
18   18     like that.  But we do have assets in intellectual
19   19     property, in terms of patents and stuff like
20   20     that.
```

**23. PAGE 52:06 TO 52:07 (RUNNING 00:00:03.000)**

```
06   6           Q.   What is MLI's role at Glacial
07   7      Technologies?
```

**24. PAGE 52:09 TO 52:12 (RUNNING 00:00:10.000)**

```
09   9           A.   MLI was original owner of Glacial
10   10     Technologies.
```

Case Clip(s) Detailed Report
Thursday, July 15, 2010, 1:09:37 PM

## Sears v ADM Jury Trial

```
                11  11          Q.   Original owner meaning what?
                12  12          A.   Well, that --
```

**25. PAGE 52:15 TO 52:19 (RUNNING 00:00:11.000)**

```
                15  15          A.   Deicer USA basically purchased a
                16  16     portion of Glacial Technologies to form Glacial
                17  17     Technologies.
                18  18          Q.   And who from MLI sits on Glacial
                19  19     Technologies' board of directors?
```

**26. PAGE 52:25 TO 53:03 (RUNNING 00:00:16.000)**

```
                25  25          A.   Axel Johnson, Rich Sapienza.  Right now
         00053:01   1                     Sapienza
                02   2     I guess it's Chris Lutt, Dennis Riddle and I
                03   3     guess Ed Harjeheusen.
```

**27. PAGE 53:09 TO 53:13 (RUNNING 00:00:13.000)**

```
                09   9          Q.   Okay.  To clarify, who from MLI sits on
                10  10     the board of directors of GT?
                11  11          A.   Axel Johnson and Rich Sapienza.
                12  12          Q.   And how often do you and Mr. Johnson
                13  13     attend board of directors meetings?
```

**28. PAGE 53:15 TO 53:17 (RUNNING 00:00:05.000)**

```
                15  15          A.   There's no regularly scheduled
                16  16     meetings, so we typically between two and three
                17  17     times a year.
```

**29. PAGE 58:15 TO 58:15 (RUNNING 00:00:00.000)**

```
                15  15          Q.   Does MLI have a separate bank account?
```

**30. PAGE 58:17 TO 59:05 (RUNNING 00:00:36.000)**

```
                17  17          A.   Not at this time.
                18  18          Q.   Has it ever?
                19  19          A.   For a very short period of time.
                20  20          Q.   Where was the account held?
                21  21          A.   It was held in New York.
                22  22          Q.   What bank?
                23  23          A.   Washington Mutual.
                24  24          Q.   And when would that have been?
                25  25          A.   For a three-month period of time from,
         00059:01   1                     Sapienza
                02   2     let me see, approximately May through about June
                03   3     of 2006.  This year.
                04   4          Q.   And where is it currently held?
                05   5          A.   There is no bank account.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:12.717)

Case Clip(s) Detailed Report
Friday, July 16, 2010, 12:03:06 PM

## Sears v ADM Jury Trial

### Sapienza, Richard (Vol. 01) - 07/28/2006                    1 CLIP (RUNNING 00:09:17.094)

#### Sapienza 30b1 Direct Exam



**SAPIENZA 30B1**                    41 SEGMENTS (RUNNING 00:09:17.094)

**1. PAGE 6:08 TO 6:17 (RUNNING 00:00:24.000)**

```
08      Q.    Dr. Sapienza, we've finished the rule
09   30(b)(6) portion of your testimony today and now
10   we're turning to what's known as your personal
11   deposition.
12           I'm going to hand you what we've had
13   marked as Exhibit 165.
14           Do you understand that you're appearing
15   here today pursuant to that notice that is
16   Exhibit 165?
17      A.    Yes.
```

**2. PAGE 36:11 TO 36:12 (RUNNING 00:00:03.649)**

```
11      Q.    How did you get involved in the field
12   of deicing and anti-icing?
```

**3. PAGE 36:14 TO 37:05 (RUNNING 00:01:00.000)**

```
14      A.    It started by us trying to evolve
15   substitutes for ethylene glycol and hydraulic
16   fluids and anti-freeze agents.
17           And then our company, meaning METSS
18   Corporation, is or tends to get funding through
19   SBIRs.  An SBIR topic came up from the Air Force
20   having to do with finding a more environmentally
21   benign replacement for ethylene glycol and
22   propylene glycol.
23           So we wrote a proposal.  And within
24   that proposal we said that we had started work on
25   substitutes for ethylene and propylene glycol and
00037:01                Sapienza - Confidential
02   we were funded under that proposal.
03           But we had started some in-house work
04   before that proposal on developing glycol
05   substitutes.
```

**4. PAGE 92:08 TO 92:14 (RUNNING 00:00:18.000)**

```
08      Q.    Dr. Sapienza, you understand that the
09   Caliber line of products have been accused of
10   infringement in this lawsuit, right?
11      A.    Yes.
12      Q.    Do you know the compositions of the
13   various Caliber products?
14      A.    I do not know in detail.
```

**5. PAGE 95:16 TO 95:18 (RUNNING 00:00:06.996)**

```
16      Q.    Do you know who manufactures the
17   corrosion inhibitor that's used in Caliber M1000
18   and Caliber M2000?
```

**6. PAGE 95:21 TO 95:21 (RUNNING 00:00:03.152)**

```
21      A.    Not at this time.
```

SAPIENZA 30b1 Direct Exam FINAL Ruling                                                    page 1

Case Clip(s) Detailed Report
Friday, July 16, 2010, 12:03:06 PM

## Sears v ADM Jury Trial

**7. PAGE 98:08 TO 98:09 (RUNNING 00:00:06.422)**

```
08      Q.    To your knowledge, is LSW used today as
09   the corrosion inhibitor in Caliber products?
```

**8. PAGE 98:12 TO 98:15 (RUNNING 00:00:13.481)**

```
12      A.    I do not know.
13      Q.    Were you involved in the decision to
14   change from the IceBan steepwater to the LSW when
15   it was actually changed?
```

**9. PAGE 98:17 TO 98:18 (RUNNING 00:00:04.010)**

```
17      A.    No.
18      Q.    Who made that decision?
```

**10. PAGE 98:20 TO 98:20 (RUNNING 00:00:02.849)**

```
20      A.    Deicer USA.
```

**11. PAGE 98:24 TO 98:24 (RUNNING 00:00:03.426)**

```
24      Q.    Was MLI consulted in making the change?
```

**12. PAGE 99:02 TO 99:04 (RUNNING 00:00:08.000)**

```
02      A.    I don't recall completely.  I don't
03   recall.
04      Q.    What do you recall generally?
```

**13. PAGE 99:06 TO 99:06 (RUNNING 00:00:01.334)**

```
06      A.    No.
```

**14. PAGE 99:11 TO 100:11 (RUNNING 00:01:33.000)**

```
11      Q.    At any point was any MLI corrosion
12   inhibitor used in making the Caliber products?
13      A.    Yes.
14      Q.    When was that?
15      A.    Again, I do not recall exact dates.
16      Q.    Can you tell me what general dates you
17   recall?
18      A.    Approximately 2003.
19      Q.    Was it just the year 2003 or was there
20   a range of years?
21      A.    No, it was only used once.
22      Q.    What was the MLI product that was used
23   as a corrosion inhibitor?
24      A.    I don't know if I should divulge that.
25   But I would -- hopefully it's kept confidential.
00100:01            Sapienza - Confidential
02          MR. VOLPE:  All right.  I think we have
03      an agreement to keep this entire transcript
04      confidential.
05          MR. MUKERJI:  I think you said
06      something to that effect earlier.
07          MR. VOLPE:  Okay.
08      A.    It's a sodium gluconate waste stream --
09   well, actually potassium gluconate waste stream.
10      Q.    The stream is a waste from what?
11      A.    From the manufacture of gluconic acid.
```

**15. PAGE 101:15 TO 101:16 (RUNNING 00:00:04.031)**

```
15      Q.    What was the purpose of including a
16   corrosion inhibitor in the Caliber material?
```

**16. PAGE 101:19 TO 101:25 (RUNNING 00:00:17.000)**

```
19      A.    Otherwise Caliber material wouldn't
```

SAPIENZA 30b1 Direct Exam FINAL Ruling                                    page 2

Case Clip(s) Detailed Report
Friday, July 16, 2010, 12:03:06 PM

## Sears v ADM Jury Trial

```
           20   pass the PNS specifications.
           21       Q.   Why wouldn't it pass the PNS
           22   specifications?
           23       A.   It would be too corrosive.
           24       Q.   Is that the only purpose for adding the
           25   corrosion inhibitor to the Caliber products?
```

**17. PAGE 102:04 TO 102:04  (RUNNING 00:00:05.000)**

```
           04       A.   I guess the answer would be yes.
```

**18. PAGE 102:19 TO 102:21  (RUNNING 00:00:05.580)**

```
           19       Q.   Have you ever given a license to anyone
           20   under your patents to make Caliber?
           21       A.   No.
```

**19. PAGE 110:15 TO 110:19  (RUNNING 00:00:15.141)**

```
           15       Q.   Before the break we were discussing
           16   various Caliber products and you mentioned that
           17   Caliber M1000 has 10 percent corn syrup and
           18   Caliber M2000 has 20 percent corn syrup.  Do you
           19   recall that?
```

**20. PAGE 110:22 TO 111:07  (RUNNING 00:00:22.889)**

```
           22       A.   Yes.
           23       Q.   Is it called Caliber M1000 because of
           24   the 10 percent corn syrup?
           25       A.   I do not know.
  00111:01                Sapienza - Confidential
           02       Q.   And is Caliber M2000 because of the 20
           03   percent corn syrup?
           04       A.   I really do not know.
           05       Q.   Do you know what grade of corn syrup it
           06   is that's used in Caliber M1000 and Caliber
           07   M2000?
```

**21. PAGE 111:10 TO 111:10  (RUNNING 00:00:03.041)**

```
           10       A.   No, I do not know.
```

**22. PAGE 163:11 TO 163:12  (RUNNING 00:00:05.149)**

```
           11       Q.   Were you ever involved in the storage
           12   of Caliber at a Sears facility?
```

**23. PAGE 163:14 TO 163:20  (RUNNING 00:00:21.259)**

```
           14       A.   No.
           15       Q.   Were you aware -- are you aware that
           16   Caliber has been stored at a Sears facility in
           17   the past?
           18       A.   Only as a secondhand information.
           19       Q.   How did you come to learn that?
           20       A.   I don't recall.
```

**24. PAGE 227:07 TO 227:10  (RUNNING 00:00:13.412)**

```
           07       Q.   Are you aware that currently two of
           08   your patent applications are the subject of an
           09   interference proceeding before the patent office
           10   with respect to two issued Sears patents?
```

**25. PAGE 227:12 TO 227:12  (RUNNING 00:00:02.899)**

```
           12       A.   Yes.
```

**26. PAGE 227:13 TO 227:15  (RUNNING 00:00:07.041)**

```
           13       Q.   Were your two applications filed with
```

Case Clip(s) Detailed Report
Friday, July 16, 2010, 12:03:06 PM

## Sears v ADM Jury Trial

```
         14  the intent of provoking an interference with
         15  Sears' patents?
```

**27. PAGE 227:19 TO 227:19 (RUNNING 00:00:05.446)**

```
         19       A.    I would have to answer yes.
```

**28. PAGE 230:15 TO 230:16 (RUNNING 00:00:03.715)**

```
         15       Q.    Whose decision was it to attempt to
         16  provoke the interference?
```

**29. PAGE 231:04 TO 231:07 (RUNNING 00:00:12.629)**

```
         04       A.    The interference was agreed upon by the
         05  people at Glacial Technologies.
         06       Q.    Was the agreement made during a meeting
         07  of the board of Glacial Technologies?
```

**30. PAGE 231:11 TO 231:17 (RUNNING 00:00:37.607)**

```
         11       A.    Yes, I believe so.
         12       Q.    Did you attend that meeting?
         13       A.    Yes, I believe so.
         14       Q.    Who else attended that meeting?
         15       A.    Axel Johnson, Dick Schoenfeld, Roger
         16  Unteidt, and I don't remember, but there were
         17  other people there as well.  I don't recall.
```

**31. PAGE 232:12 TO 232:16 (RUNNING 00:00:14.302)**

```
         12       Q.    Were there a series of meetings of the
         13  Glacial Technologies board regarding the topic of
         14  whether or not to attempt to provoke the
         15  interference or was it all decided at one
         16  meeting?
```

**32. PAGE 232:21 TO 232:23 (RUNNING 00:00:05.891)**

```
         21       A.    To the best of my recollection, it was
         22  only one meeting where we discussed an
         23  interference.
```

**33. PAGE 232:24 TO 233:02 (RUNNING 00:00:05.027)**

```
         24       Q.    What were the business reasons for
         25  attempting to provoke an interference with Sears'
00233:01                Sapienza - Confidential
         02  patents?
```

**34. PAGE 233:07 TO 233:17 (RUNNING 00:00:37.716)**

```
         07       A.    The business decisions were really just
         08  to protect our intellectual property, to protect
         09  MLI's intellectual property.
         10             I mean, it's as simple as that.  We
         11  waited until the last possible minute to file the
         12  interference.  If you look, I think we filed one
         13  was on the last day possible.  And we waited
         14  until that last time because we wanted to protect
         15  our interest from someone else going out and
         16  doing things that we felt were in violation of
         17  our intellectual property.
```

**35. PAGE 233:18 TO 233:21 (RUNNING 00:00:08.393)**

```
         18       Q.    Who's the someone else that you believe
         19  was going to go out and do things in violation of
         20  your intellectual property?
         21       A.    Sears.
```

Case Clip(s) Detailed Report
Friday, July 16, 2010, 12:03:06 PM

## Sears v ADM Jury Trial

**36. PAGE 246:15 TO 246:17 (RUNNING 00:00:14.363)**

```
15      Q.   At the time that the Glacial board
16  decided to attempt to provoke an interference,
17  MLI was in negotiations with Sears, was it not?
```

**37. PAGE 246:19 TO 246:23 (RUNNING 00:00:08.150)**

```
19      A.   No.
20      Q.   At the time that the Glacial board
21  decided to attempt to provoke the interference,
22  Glacial was in negotiation with Sears, was it
23  not?
```

**38. PAGE 247:04 TO 247:07 (RUNNING 00:00:13.380)**

```
04      A.   And I'll say I don't know.  Because at
05  the time I was not informed if we were or not.
06      Q.   When was Sears first informed of the
07  attempt to provoke the interference?
```

**39. PAGE 247:09 TO 247:09 (RUNNING 00:00:03.664)**

```
09      A.   I do not know.
```

**40. PAGE 247:10 TO 247:13 (RUNNING 00:00:10.000)**

```
10      Q.   Is there any reason you can think of
11  that Sears would not have been informed right
12  away once the decision was made to attempt to
13  provoke the interference?
```

**41. PAGE 247:17 TO 247:20 (RUNNING 00:00:06.050)**

```
17      A.   No.
18      Q.   So if it were up to you you would have
19  told Sears right away?
20      A.   No.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:17.094)